FILED

2022 FEB 23 AM 10: 07

BARBARA A. WIEDENBEIN
CLERK OF COMMON PLEAS COURT
CLERMONT COUNTY, OH

COMMEN PLEAS COURT
CLERMONT COUNTY, OHIO

PETER ULBRICH : CASE NO: 2022 CVC 132
12 Sleepy Hollow Ln : Judge: Haddad
Cincinnati, Ohio 45244 :
        PLAINTIFF ; COMPLAINT FOR BREACH OF
VS. : CONTRACT AND DECLARATORY
        : RELIEF
Pruco Life Insurance Company : Jury Demand Endorsed thereon
c/o J. Michael Low, Esq Statutory Agent :
Kutak Rock LLP :
8601 N. Scottsdale Rd. Suite 300 :
Scottsdale, AZ 85253
        DEFENDANT

1. Plaintiff is a resident of Clermont County, Ohio.
2. At the time Plaintiff entered into a contract for life insurance with the Defendant he was a resident of Clermont County, Ohio and has been a resident of said county throughout the existence of the contract.
3. Plaintiff entered into a contract for life insurance with the Defendant on January 16, 2012, being policy # L8 753 866.
4. A copy of said policy is attached hereto as Exhibit-A (except the Application in said contract which contains personal and medical information of the Plaintiff and which information is not necessary for purposes of this action).
5. The policy provides for a ten-year level premium
6. The annual premium throughout that initial ten-year term was set at $1,009.00 payable either annually, semi-annual, quarterly or monthly (page 3 of contract).
7. Plaintiff chose the monthly option at $90.81 per month.
8. Beginning January 2022 Defendant began charging Plaintiff the amount of $257.85 per month.
9. Plaintiff attempted to obtain an explanation and dispute that amount and had conversations with 5 employees of the Defendant regarding the terms of the policy.
10. It is Plaintiffs position that the Maximum Premium (yearly) beginning January 2022 is $1085.94 as set forth on page 3A of the contract.
11. One or more of Defendant's employees disputed that the Maximum Premium as set forth in the policy is $1,085.94 for 2022.
12. The term "Maximum Premium " is a term used by Defendant throughout the policy. It is not defined under the DEFINITIONS section of the policy.

13. The policy at page 3 in part states as follows: "…Premiums may be increased or decreased but will <u>not exceed the Maximum Premium shown for that year.</u>" Referencing the Schedule set forth at page 3A of the policy.
14. The Maximum Premium for 2022 set forth at page 3 A of the policy is $1085.94.

### COUNT 1-BREACH OF CONTRACT

The preceding paragraphs are fully incorporated herein.

15. At the time of the execution of the contract Plaintiff was led to believe that the Maximum Premium for each year after the initial ten-year term would be as set forth in the table at page 3A.
16. On page 1 of the policy (top paragraph) it states that …the premium will increase annually as shown under Premium Period on page 3".
17. The schedule on page 3A sets the Maximum Premium at $1085.94 beginning January 2022.
18. By charging Plaintiff the sum of $257.85 per month beginning January 2022, Defendant has breached its obligation under the policy and as a result Plaintiff has sustained and will continue to sustain damages in an amount to be determined at trial.

### COUNT II-DECLARATORY JUDGMENT

19. The preceding paragraphs are fully incorporated herein.
20. There is a dispute between Plaintiff and the Defendant as to the construction and interpretation of the policy at issue in this action and the enforceability of its terms such that an actual controversy exists between the parties for purposes of Chapter 2721 of the Ohio Revised Code.
21. As a result, Plaintiff is entitled to a declaration of his rights under the policy and the Maximum Premium to be charged annually/ monthly.

WHEREFORE, Plaintiff prays for the following:

a. Judgment that Defendant has breached the terms of the contract and Judgment on Count I in an amount to be established at trial.
b. A declaration that the correct interpretation of the policy is that the Maximum Premium as set forth on page 3A is the annual maximum premium set forth for each year following the initial ten-year level term.
c. A declaration that the Defendant having drafted the policy at its peril and that any ambiguity must be construed in favor of the Plaintiff.
d. Costs and expenses

      e. Such other relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all terms so triable.

_____
Peter Ulbrich, Pro Se
Attorney at Law SCt # 29372
12 Sleepy Hollow Ln.
Cincinnati, Ohio 45244
513-233-5930
peteslaw@yahoo.com

EXHIBIT A

 **Prudential**

**Pruco Life Insurance Company**
213 Washington Street, Newark, NJ 07102-2992
**A Stock Company Subsidiary of**
The Prudential Insurance Company of America

**Insured** PETER ULBRICH

L8 753 866   **Policy Number**
*JAN 12, 2012   **Contract Date**

**Agency** S - GKYX

* (CHANGED - SEE ENDORSEMENT)

---

**Term Life Policy.** Provides a level benefit. Life insurance payable upon death within stated term period. Premiums payable during Insured's lifetime for stated premium period. After a period of level premiums, the premiums will increase annually as shown under Premium Period on page 3. Premiums are subject to change on a class basis on and after the Guaranteed Premium End Date shown on page 3. Convertible, as limited, but not renewable. Non-participating.

We will pay the beneficiary the death benefit described in this contract promptly if we receive due proof that the Insured died in the term period. We make this promise subject to all the provisions of this contract. The term period starts on the contract date. The anniversary at the end of the term period is part of the term period.

If there is ever a question about this contract, just see a Pruco Life representative or contact one of our offices.

**10-Day Right to Cancel Contract.**-If you return this contract to us no later than 10 days after you receive it, we will refund your money promptly. The contract will be canceled from the start. (If the purchase of this contract is a replacement under state law, this duration will be extended to the period required by such law, but not to exceed 30 days.) All you have to do is take it or mail it to one of our offices or to the representative who sold it to you.

Signed for Pruco Life Insurance Company,
an Arizona Corporation.

               Secretary                             President

PLEASE READ YOUR POLICY CAREFULLY; it is a legal contract between you and Pruco Life.

PLTIC-2008

# GUIDE TO CONTENTS

**Contract Data**
    Insured's Information; Rating Class; Basic Contract Information; Life Insurance on the Insured; Schedule of Premiums

**Definitions**

**The Contract**
    Entire Contract; Contract Modifications; Incontestability

**Ownership**

**Death Benefits**
    Unearned Premium; Interest on Death Benefit; Suicide Exclusion; Method of Payment

**Beneficiary**

**Conversion to Another Plan of Insurance**
    Right to Convert; Conditions; Contract Date; Contract Specifications

**Change in Plan**

**Premium Payment**
    Payment of Premiums; Change of Frequency; Grace Period; Premium Amounts; Changes in Premium Rates

**Reinstatement**

**General Provisions**
    Currency; Misstatement of Age or Sex; Cancellation; Assignment; Non-Participating

**Settlement Options**
    Options Described; Interest Rate

**Settlement Options Tables**

**A copy of the application and any riders or endorsements can be found at the end of the contract.**

## ENDORSEMENTS
(Only we can endorse this contract.)

This endorsement is attached to this policy and forms a part of it.

Coverage is effective on  JAN / 16 / 2012
                                 month    day    year

(the effective date), that is the date the initial premium was paid and the policy was delivered.

If the effective date is other than the 29th, 30th, or 31st of the month, that date is the contract date and all dates shown throughout the policy which depend on the contract date are changed accordingly.

If the effective date is the 29th, 30th, or 31st of the month, the contract date will be the first day of the following month, and, except as stated in the next sentence, all dates shown throughout the contract that depend on the contract date are changed accordingly. In the Suicide Exclusion and in the Incontestability provisions, the effective date replaces the issue date.

Pruco Life Insurance Company,

By _____

*Secretary*

PLI 395-98

PROCESSING DATE: JAN 11, 2012

## CONTRACT DATA

**Insured**

PETER ULBRICH    Male,    Issue Age 65

**Rating Class**

Nonsmoker Plus

**Basic Contract Information**

| | |
|---|---|
| Policy Number | L8 753 866 |
| Contract Date | January 12, 2012 **(DATE CHANGED - SEE ENDORSEMENT)** |
| Term Period | 30 years |
| Premium Period | 30 years |
| Guaranteed Premium End Date | January 12, 2022 |
| Beneficiary | ~~KRISTEN TAYLOR, friend~~ |

*[Handwritten: MARK ULBRICH 5/16/17, DESCRA K. TAYLOR, ENDORSEMENT 6/12/14]*

**Life Insurance on the Insured**

Basic Amount                                              $100,000.00

**Other Benefit(s) on the Insured** (see appropriate form for details)

Rider ORD 87241 - Settlement Options to Provide Acceleration of Death Benefits.

**Schedule of Premiums**

Scheduled Premiums are guaranteed until the Guaranteed Premium End Date. On and after the Guaranteed Premium End Date, Scheduled Premiums may be increased or decreased but will not exceed the Maximum Premiums shown for that year. (See Changes in Premium Rates.)

Total Initial Premium on Contract Date for the following modes:

| Annual | Semi-annual | Quarterly | Monthly |
|---|---|---|---|
| $1,009.00 | $524.68 | $267.39 | $90.81 |

Contract premiums are due on the contract date and every 1 month after that date. The monthly premium is $90.81 and changes as shown below.

CONTRACT DATA CONTINUED ON NEXT PAGE

PROCESSING DATE: JAN 11, 20
POLICY NO. L8 753 866

## CONTRACT DATA CONTINUED

| Premium Change Date(s) | Scheduled Premiums | Maximum Premiums |
|---|---|---|
| JAN 12, 2022 | $1,010.34 | $1,085.94 |
| JAN 12, 2023 | $1,115.73 | $1,199.34 |
| JAN 12, 2024 | $1,238.31 | $1,331.19 |
| JAN 12, 2025 | $1,380.69 | $1,484.28 |
| JAN 12, 2026 | $1,540.26 | $1,655.91 |
| JAN 12, 2027 | $1,718.19 | $1,847.25 |
| JAN 12, 2028 | $1,911.60 | $2,055.33 |
| JAN 12, 2029 | $2,116.44 | $2,275.65 |
| JAN 12, 2030 | $2,340.18 | $2,516.22 |
| JAN 12, 2031 | $2,588.94 | $2,783.79 |
| JAN 12, 2032 | $2,865.60 | $3,081.33 |
| JAN 12, 2033 | $3,169.89 | $3,408.57 |
| JAN 12, 2034 | $3,498.84 | $3,762.27 |
| JAN 12, 2035 | $3,848.49 | $4,138.29 |
| JAN 12, 2036 | $4,215.24 | $4,532.85 |
| JAN 12, 2037 | $4,580.64 | $4,925.79 |
| JAN 12, 2038 | $4,940.28 | $5,312.61 |
| JAN 12, 2039 | $5,317.11 | $5,717.88 |
| JAN 12, 2040 | $5,714.46 | $6,145.20 |
| JAN 12, 2041 | $6,133.05 | $6,595.38 |

END OF CONTRACT DATA

PROCESSING DATE: JAN 11, 2012
POLICY NO. L8 753 866

ESSENT10-M65

(This page intentionally left blank.)



90.49
257.85
MORI

## DEFINITIONS

**We, our, us** and **Pruco Life.**-Pruco Life Insurance Company.

**You** and **Your.**-The owner of the contract.

**Insured.**-The person named as the Insured on the first page. He or she need not be the owner.

**Issue date.**-Same as the contract date.

**Anniversary** or **contract anniversary.**-The same day and month as the contract date in each later year.

**Contract year.**-A year that starts on the contract date or on an anniversary.

**Attained age.**-The Insured's issue age plus the length of time since the contract date. You will find the Insured's issue age near the top of page 3.

## THE CONTRACT

**Entire Contract**  This policy and any attached copy of an application, including an application requesting a change, form the entire contract. We assume that all statements in an application are made to the best of the knowledge and belief of the person(s) who make them; in the absence of fraud, they are deemed to be representations and not warranties. We rely on those statements when we issue the contract and when we change it. We will not use any statement, unless made in an application, to try to void the contract, to contest a change, or to deny a claim.

**Contract Modifications**  Only a Pruco Life officer with the rank or title of vice president may agree to modify this contract, and then only in writing.

**Incontestability**  Except for non-payment of premium, we will not contest this contract after it has been in force during the Insured's lifetime for two years from the issue date.

## OWNERSHIP

On the contract date, the Insured is the owner of the contract, unless a different owner is named in the application. If a different owner is named, we will show that owner in a provision we endorse in the contract. The ownership arrangement in effect on the contract date will remain in effect unless you ask us to change it.

You may change the ownership of the contract by sending us a request in a form that meets our needs. We may ask you to send us the contract to be endorsed. If we receive your request in a form that meets our needs, and the contract if we ask for it, we will file and record the change, and it will take effect as of the date you signed the request.

While the Insured is living, the owner alone is entitled to any contract benefit and value, and to the exercise of any right and privilege granted by the contract or by us.

## DEATH BENEFITS

If the Insured dies in the term period, we will pay a benefit at the Insured's death (except as the Suicide Exclusion) if this contract is in force at the time of death; that is, the initial premiu paid and no premium is past due beyond the 31 day grace period we describe under Premiu Payment will be no later than two months after we receive due proof of death and of the in claimant.

The benefit payable at the Insured's death will be equal to the Life Insurance on the Insured on a contract data page, plus a return of any unearned premium paid by you less any past due p

This contract may provide other benefits on the death of the Insured or benefits on the de insureds. If it does, each benefit will be listed on a contract data page, and a form describing and the conditions under which it is payable will be included in this contract. Any such be payable only if the contract is in force, unless the form that describes the benefit states otherw

**Unearned Premium** — When we pay a death benefit on the Insured, we will return that part of the last premium pa that benefit that covers the period after the date of death.

**Interest on Death Benefit** — Any death benefit described above will be credited with interest from the date of dea declared by Pruco Life or in accordance with applicable laws.

**Suicide Exclusion** — If the Insured, whether sane or insane, dies by suicide within two years from the issue date, will end and we will return the premiums paid. The contract will provide no further benefit.

**Method of Payment** — You may choose to have any death benefit paid in a single sum or under an optional mode o (see Settlement Options).

## BENEFICIARY

You may designate or change a beneficiary by sending us a request in a form that meets ou may ask you to send us the contract to be endorsed. If we receive your request, and the c ask for it, we will file and record the change and it will take effect as of the date you signed But if we make any payment(s) before we receive the request, we will not have to make th again. Any beneficiary's interest is subject to the rights of any assignee we know of.

When a beneficiary is designated, any relationship shown is to the Insured, unless otherwi show priority, we will use numbered classes, so that the class with first priority is called clas with next priority is called class 2, and so on. When we use numbered classes, these statem beneficiaries unless the form states otherwise:

1. One who survives the Insured will have the right to be paid only if no one in survives the Insured.

2. One who has the right to be paid will be the only one paid if no one else in th survives the Insured.

3. Two or more in the same class who have the right to be paid will be paid in equal shares.

4. If none survives the Insured, we will pay in one sum to the Insured's estate.

Before we make a payment, we have the right to decide what proof we need of the identi other facts about any persons designated as beneficiaries. If beneficiaries are not design and we make payment(s) based on that proof, we will not have to make the payment(s) again.

## CONVERSION TO ANOTHER PLAN OF INSURANCE

**Right to Convert**  You may convert this contract to a new contract of life insurance on the Insured's life. You will not have to prove that the Insured is insurable.

**Conditions**  You must ask for the conversion in a form that meets our needs, while this contract is in force, and on or before the following date:

If the issue age of this contract is 59 or less you must ask for the conversion on or before the earlier of (a) the Guaranteed Premium End Date shown on page 3 and (b) the contract anniversary on or immediately following the Insured's 65th birthday.

If the issue age of this contract is 60 or above, you must ask for the conversion on or before the fifth contract anniversary.

We may require you to send us the contract.

The new contract will not take effect unless the premium for it is paid while the Insured is living and within 31 days after its contract date. If the premium is paid as we state, it will be deemed that the new contract took effect on its contract date and that this contract ended just before that date. We will return that part, if any, of the last premium paid for this contract that is more than was needed to pay premiums to the contract date of the new contract.

**Contract Date**  You may choose any contract date for the new contract that is (a) not after the date to which premiums are paid for this contract, (b) not after the 60th day following the date we receive your request, (c) not after the date described in the second and third paragraphs under Conditions, and (d) not more than 31 days prior to the date we receive your request.

**Contract Specifications**  The new contract will be in the same or equivalent rating class as this contract. We will set the issue age and the premiums for the new contract in accordance with our regular rules in use on its contract date.

Except as we state in the next sentence, the new contract may be any life policy we or The Prudential Insurance Company of America regularly issue on its contract date for the same or equivalent rating class, amount, issue age, and sex. It may not be: one that insures anyone in addition to the Insured; one that includes or provides for term insurance (other than extended insurance) with either (a) a term period ending before the Insured reaches attained age 100, or (b) a provision allowing a conversion to another plan of insurance; or one with any benefit other than the basic insurance benefit and the waiver and accidental death benefits we refer to below.

The basic amount of the new contract may be any amount you ask for as long as it is at least $25,000 and not more than the basic amount of this contract. We will always make available at least one policy for conversion with a minimum basic amount of $25,000.

(IC-2008) Page 7

If this contract has a benefit for waiving premiums in the event of disability, we will include ⸺
waiving premiums in the new contract if its premium period runs to at least the Insured's atta⸺
and if we would include a waiver benefit in other contracts like the new one.

We will not deny a benefit for waiving premiums that we would have allowed under this c⸺
that we would otherwise allow under the new contract, just because disability started before ⸺
date of the new contract. But any premium to be waived for disability under the new contrac⸺
the frequency that was in effect for this contract when the disability started. We will no ⸺
premium under the new contract unless it has a benefit for waiving premiums in the event ⸺
even if we have waived premiums under this contract.

If this contract has an accidental death benefit, we will include an accidental death benefi⸺
contract if we would regularly issue contracts like the new contract with that benefit. But y⸺
for the benefit in your request for conversion, and the basic amount of the new contract ⸺
larger than the basic amount of this contract. The amount of the accidental death benefit ⸺
contract will be the smaller of the basic amount of the new contract and the amount of th⸺
death benefit in this contract.

Any benefit for waiving premiums and any accidental death benefit in the new contract will ⸺
one with the same provisions that we put in other contracts like it on the new contract da⸺
these paragraphs, when we refer to other contracts, we mean contracts we would regularly ⸺
same plan as the new contract and for the same rating class, amount, issue age and sex.

## CHANGE IN PLAN

You may be able to have this contract changed to another plan of life insurance other than ir⸺
with the requirements for conversion we describe above. Any change will be made only if ⸺
and will be subject to conditions and charges that are then determined.

## PREMIUM PAYMENT

**Payment of Premiums**     The schedule of premiums shows the amounts of the premiums and when they are due. These premiums are due only while the Insured is living and only during the premium period. A premium may be paid at our Home Office or to any of our authorized agents.

**Change of Frequency**     If you ask us and we agree, you may change the frequency of premium payments. The more often premiums are due, the larger the total amount that will have to be paid for a contract year.

**Grace Period**     We grant a 31-day grace period for paying each premium except the first one. If the premium has not been paid by its due date, the contract will stay in force during the grace period. If the premium has not been paid when its grace period is over, the contract will end and have no value.

## REINSTATEMENT

You may reinstate this contract after the grace period of a past due premium if: the term pe ended; the premium payment is not past due more than five years; and you prove to us that t insurable for the contract.

You must pay us all premiums in arrears; we may also charge compound interest at a rate per year.

## GENERAL PROVISIONS

**Currency** — Any money we pay, or that is paid to us, must be in United States currency.

**Misstatement of Age or Sex** — If the Insured's stated age or sex or both are not correct, we will change each benefit and a be paid to what the premium would have bought for the correct age and sex.

The Schedule of Premiums may show that premiums change or stop on a certain date. We m that date because the Insured would attain a certain age on that date. If we find that the i wrong, we will correct that date.

**Cancellation** — If you ask us in a form that meets our needs and while no premium is past due, we w contract on the date we receive your request. On that date, the contract will end and have will return that part of the last premium paid by you that covers the period after the cancellati

**Assignment** — We will not be deemed to know of an assignment unless we receive it, or a copy of it obliged to see that an assignment is valid or sufficient. This contract may not be ass employee benefit plan without our consent. This contract may not be assigned if such assi violate any federal, state, or local law or regulation prohibiting sex distinct rates for insuranc(

**Non-Participating** — This contract will not share in our profits or surplus earnings. We will pay no dividends on it.

## SETTLEMENT OPTIONS

*[Options Described]*

You may choose to have any death benefit paid in a single sum or under one of the optional modes of settlement described below.

If the person who is to receive the proceeds of this contract wishes to take advantage of one of these optional modes, we will be glad to furnish, on request, details of the options we describe below or any others we may have available at the time the proceeds become payable.

*[Option 1 Instalments (Fixed Period)]*

We will make equal payments for up to 25 years. The Option 1 Table shows the minimum amounts we will pay.

*[Option 2 (Life Income)]*

We will make equal monthly payments for as long as the person on whose life the settlement is based lives with payments certain for 120 months. The Option 2 Table shows the minimum amounts we will pay. But, we must have proof of the date of birth of the person on whose life the settlement is based.

*[Option 3 Interest]*

We will hold an amount at interest. We will pay the interest annually, semi-annually, quarterly, or monthly.

*[Option 4 Instalments (Fixed Amount)]*

We will make equal annual, semi-annual, quarterly, or monthly payments for as long as the available proceeds provide.

*[Option 5 Non-Participating Income]*

We will make payments like those of any annuity we then regularly issue that: (1) is based on United States currency; (2) is bought by a single sum; (3) does not provide for dividends; and (4) does not normally provide for deferral of the first payment. Each payment will be at least equal to what we would pay under that kind of annuity with its first payment due on its contract date. If a life income is chosen, we must have proof of the date of birth of any person on whose life the option is based. Option 5 cannot be chosen more than 30 days before the due date of the first payment.

*[Interest Rate]*

Payments under Options 1, 3 and 4 will be calculated assuming an effective interest rate of at least 1.5% a year. We may include more interest.

(LTC-2008)

Page 11

**Conditions**    Your right to be paid under one of these options is subject to the following conditions:

1. The contract must be in force other than as extended insurance.
2. You must choose the option in writing in a form that meets our needs.
3. The contract must not be assigned except to us as security for a loan.
4. We reserve the right to set a minimum of no more than $50,000 on the amount of convertible proceeds you may place under an option.
5. You must send us the contract.
6. The main purpose of life insurance is to meet your estate planning needs. This benefit provides for the accelerated payment of life insurance proceeds. It is not meant to cause you to involuntarily invade proceeds ultimately payable to the named beneficiary. Accelerated death benefits will be made available to you on a voluntary basis only. Therefore:

    (a) If you are required by law to use this option to meet the claims of creditors, whether in bankruptcy or otherwise, you are not eligible for this benefit.

    (b) If you are required by a government agency to use this option in order to apply for, obtain, or keep a government benefit or entitlement, you are not eligible for this benefit.

**Right to Cancel**    If you ask us in writing and send us the contract, we will cancel this rider.

**Rider attached to and made part of this contract
on the Contract Date**

Pruco Life Insurance Company,

By *[signature]*

*Secretary*

VD 47241-90-P